IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHERI LYNNE MELCHIONE,

      Appellant,

v.

TIMOTHY TEMPLE,

      Appellee.

Case No.     5D21-2999
LT Case No. 2004-DR-001613-O

_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Orange County,
John D.W. Beamer, Judge.

Cheri Lynn Melchione, Chapel Hill, NC,
pro se.

Hal L. Roen, of Hal Roen, P.A., Maitland,
for Appellee.

PER CURIAM.

     AFFIRMED.


COHEN, SASSO and NARDELLA, JJ., concur.